UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                                            Criminal No. 21-mj-30319

D-1  Sontae Sellers,
D-2  Verlynn Davy,

    Defendants
_____/

## MOTION AND ORDER TO UNSEAL THE
## COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendants have been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that defendants may flee prior to appearance on the complaint.

                                                Respectfully submitted,

                                                Saima S. Mohsin Taylor
                                                Acting United States Attorney

                                                *s/Michael Taylor*
                                                Assistant United States Attorney
                                                211 W. Fort Street, Suite 2001
                                                Detroit, MI 48226
                                                Email:  Michael.taylor3@usdoj.gov

Dated: August 4, 2021

**IT IS SO ORDERED.**

                                                s/Elizabeth A. Stafford
                                                Hon. Elizabeth A. Stafford
                                                United States Magistrate Judge

Entered: August 4, 2021